ANNA CAPAZZI, as Administratrix of the Estate of JOSEPH CAPAZZI, Deceased, Appellant, *v.* EMPIRE GAS AND ELECTRIC COMPANY, Respondent.

*Capazzi* v. *Empire Gas & Electric Co.*, 182 App. Div. 909, affirmed.
(Argued December 3, 1919; decided January 6, 1920.)

APPEAL from a judgment, entered January 18, 1918, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of the defendant. The complaint alleged that under an arrangement between the United States Radiator Corporation, of which this decedent was an employee, and this defendant, it furnished electricity to the radiator corporation, delivered to them over a line of poles and wires; that upon the outside of the plant of the radiator corporation there was a transformer; that by the negligent construction, or operation, or condition of this transformer, or of certain cut-outs, the whole strength of the current which came up to this transformer instead of being reduced thereby was passed on over the wires and into the building of the radiator corporation, and came in contact with the body of the decedent and caused his death.

*W. B. Matterson* for appellant.

*William H. Harding* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, McLAUGHLIN, CRANE and ANDREWS, JJ.